# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
BYA International, LLC ) ASBCA No. 58824
)
Under Contract No. W5J9LE-10-C-0031 )

APPEARANCES FOR THE APPELLANT: Michael H. Payne, Esq.
Amy M. Kirby, Esq.
  Cohen Seglias Pallas Greenhall & Furman, PC
  Philadelphia, PA

Donald C. Holmes, Esq.
  Donald C. Holmes & Associates
  Greensboro, MD

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 May 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58824, Appeal of BYA International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals